IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

Gino Romano d/b/a
Michael Scott Pesce,

Plaintiff

v.

Bernard Madoff a/k/a Bernard L. Madoff,

Defendant

CASE NO: 3:09-CV-245-J-20JRK

FILED 2009 MAR 17 P 12:09 CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA JACKSONVILLE, FLORIDA

---

Temporary Restraining order, TRO & Preliminary Injunction

The Plaintiff faces imminent danger & Bodily harm from Bernard Madoff and seeks a restraining order and seeks the return of $1.3 million dollars in Bonds & stocks, non-currency. Madoff sent me a Investment Package in Jan 2008 while I was in USP Coleman Federal Prison Guaranteeing me a Annual return of 18.5% if I invest with him and get other inmates to join. I lobbied around the USP prison to find investors on behalf of Mr. Madoff, I collected $1 million dollars from Gang leaders with the Mexican Mafia, Chicago's Gangster disciples, the Black Panthers, Ayan Brotherhood, And D.C. Blacks, Madoff took our money, and now I'm in danger from these gangs because Madoff Ponzi scammed us. I whistleblew to the SEC, Madoff found out, and while he has been on house Arrest, he sends me threatening letters with the Nicholas Berg Beheading telling me when he gets sentenced to prison, he is going to kill me and he has stolen Ponzi money to hire the best hitman money can buy. I'm scared, I seek a restraining order, I've suffered a Mental Breakdown, Bed wetting, Panic Attacks because of Madoff's threats, he is out of control. I pray for relief.

Gino Romano d/b/a Michael Scott Pesce
FTC Oklahoma City
P.O. Box 898801
Oklahoma City, OK 73189

Sincerely,
Gino Romano
3-10-09