**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

GINO ROMANO, etc.,

    Plaintiff,

v.   Case No. 3:09-cv-245-J-20JRK

BERNARD MADOFF, etc.,

    Defendant.
_____/

**NOTICE OF DESIGNATION UNDER LOCAL RULE 3.05**

**TAKE NOTICE** that, in accordance with Local Rule 3.05, this action is designated as a Track One Case.  Plaintiff is responsible for serving a copy of this notice and any attachment to this notice upon all other parties.  All parties must meet any requirements established in Local Rule 3.05 for cases designated on this track.

DATE: March 18, 2009                            SHERYL L. LOESCH, Clerk

                                          By:   /S/ Garry W. Randolph
                                                 Deputy Clerk

```
Distribution:
    -Original in Court file
    -Copies to plaintiff(s) (including habeas petitioner(s), bankruptcy
appellant(s),and removing defendant(s))
```