UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

2009 MAR 18 P 4: 14

CLERK. US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE. FLORIDA

GINO ROMANO
A/K/A, MICHAEL SCOTT PESCE,

        Plaintiff,

v.                            Case No. 3:09-cv-245-J-20JRK

BERNARD MADOFF,
A/K/A BERNARD L. MADOFF,

        Defendants.

---

### ORDER OF TRANSFER

After examination of the "Temporary Restraining Order, TRO &
Preliminary Injunction," it appears this action should be
transferred to the United States District Court for the Western
District of Oklahoma because Plaintiff claims that he "faces
imminent danger" from gangs where he is housed at the Federal
Transfer Center in Oklahoma City, Oklahoma, which is located in the
Western District of Oklahoma. Accordingly, pursuant to 28 U.S.C.
§§ 1404(a) and 1406(a), this case is **transferred** to the United
States District Court for the Western District of Oklahoma for all
further proceedings, and the Clerk shall immediately forward the
file to that District.

**DONE AND ORDERED** at Jacksonville, Florida, this _18_ day of
March, 2009.

                                                      
UNITED STATES DISTRICT JUDGE

sc 3/18
c:
Gino Romano, a/k/a Michael Scott Pesce
Clerk, United States District Court for the Western District of
Oklahoma